No. 558.   GENERAL MOTORS CORP. *v.* KESLING.   C. C. A. 8th.   Certiorari denied.   *Horace Dawson, Casper W. Ooms, Edwin S. Booth* and *Joseph J. Gravely* for petitioner.   *Edmund C. Rogers* and *Estill E. Ezell* for respondent.

No. 563.   SIKORA REALTY CORP. *v.* WOODS, HOUSING EXPEDITER.   United States Emergency Court of Appeals. Certiorari denied.   *Agnes Sikora Gilligan* for petitioner. *Solicitor General Perlman, John R. Benney, Ed Dupree, Charles P. Liff* and *Philip Travis* for respondent.

No. 564.   SUMMERS *v.* McCOY, U. S. POSTMASTER AT COLUMBUS, OHIO.   C. C. A. 6th.   Certiorari denied. *James N. Linton* and *Henry J. Linton* for petitioner. *Solicitor General Perlman, H. G. Morison, Paul A. Sweeney* and *Morton Liftin* for respondent.

No. 565.   JONGEBLOED, ADMINISTRATOR, *v.* ERIE RAILROAD Co.   Supreme Court of New York, County of New New York.   Certiorari denied.   *Milton Dunn* for petitioner.   *Theodore Kiendl, William H. Timbers* and *Cleveland C. Cory* for respondent.

No. 566.   FLETCHER *v.* COMMISSIONER OF INTERNAL REVENUE.   C. C. A. 2d.   Certiorari denied.   *Laurence Sovik* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Caudle, Sewell Key, Lee A. Jackson* and *Fred E. Youngman* for respondent.

No. 575.   UNITY RAILWAYS Co. *v.* KURIMSKY, ADMINISTRATRIX.   Supreme Court of Pennsylvania.   Certiorari